

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2019

No. 04-18-00893-CR

Ryan Stephen **KIDD,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR7803
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

After we granted Appellant's first motion for extension of time to file the brief, Appellant's brief was due on April 15, 2019. *See* TEX. R. APP. P. 38.6(a). On the extended due date, Appellant filed a motion for a thirty-one-day extension of time to file the brief.

Appellant's motion is GRANTED; the brief is due on May 16, 2019.

**Any further motion for extension of time to file Appellant's brief will be disfavored.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court